NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BANNUM, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES, ALSTON WILKES SOCIETY, INC.,**

*Defendants-Appellees*

---

2014-5146

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00429-LJB, Senior Judge Lynn J. Bush.

---

**JUDGMENT**

---

JUSTIN HUFFMAN, Camardo Law Firm, P.C., Auburn, NY, argued for plaintiff-appellant. Also represented by JOSEPH A. CAMARDO, JR.

RYAN MAJERUS, Commercial Litigation Branch, Civil Fraud, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., BRYANT G. SNEE.

JAMES LYNN WERNER, Parker, Poe, Adams & Bernstein, LLP, Columbia, SC, argued for defendant-appellee Alston Wilkes Society, Inc. Also represented by LAWRENCE HERSHON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 May 7, 2015         /s/ Daniel E. O'Toole
   Date               Daniel E. O'Toole
                       Clerk of Court